**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7327**

———————

In Re:  DEREK W. MARTIN,

                                                    Petitioner.

———————

On Petition for Writ of Mandamus. (CR-01-550; CA-02-1896-4-12)

———————

Submitted:  October 22, 2003          Decided:  March 25, 2004

———————

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Derek W. Martin, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Derek W. Martin petitions for a writ of mandamus, alleging the district court has unduly delayed in acting because it has not entered a final order disposing of his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act upon his § 2255 motion. Our review of the record reveals that the district court has dismissed Martin's § 2255 motion. Accordingly, although we grant Martin's motion to proceed in forma pauperis, we deny his mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED